No. 921. CITY OF NEW YORK *v.* BROOKLYN EASTERN DISTRICT TERMINAL. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second

Circuit denied. *Mr. Leo Brown* for petitioner. *Mr. William M. Sperry, 2nd,* for respondent.